IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARTIN GABRIEL MONTOYA,

    Plaintiff,

v.                                                      Civ. No. 23-497 GBW

KILOLO KIJAKAZI, *Acting Commissioner*
*of the Social Security Administration*,

    Defendant.

## ORDER TO SEAL ADMINISTRATIVE RECORD

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Seal Administrative Record. *Doc. 11*. Having reviewed the Motion, noting Plaintiff's concurrence, *id.* ¶ 5, and being fully advised in the premises, the Court GRANTS the Motion. IT IS HEREBY ORDERED that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

    IT IS SO ORDERED.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**